# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Kevin DAWSON )
_____ )  Case Number: __25-742-SMY__
_____ )
_____ )  *(Clerk's Office will provide)*
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )  ☐ CIVIL RIGHTS COMPLAINT Under AdA & RA of 19
official capacity LATOYA hughes Director idoc )  pursuant to 42 U.S.C. §1983 (State Prisoner)
official capacity Joleen Kuhnert Asst AdA coordinator )  ☐ CIVIL RIGHTS COMPLAINT
official capacity Frank Lawrence AdA coordinator/warden )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
WArden Anthony Willis official Capacity )  ☐ CIVIL COMPLAINT
Defendant *Defendant(s)/Respondent(s)* )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
I DOC )  §§1346, 2671-2680, or other law

## I.  JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement. #M53531 menard IL 62259 Po Box 1000
Confinement in Healthcare unit menard IL Department of correction

**Defendant #1:**

B.  Defendant __LAtoyA hughes__ is employed as
(a)  (Name of First Defendant)
__Director idoc__
(b)  (Position/Title)
with __State of Illinois__
(c)  (Employer's Name and Address)
1301 Concordia Court P.o Box 19277 Springfield IL 62794

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If your answer is YES, briefly explain: She The director of Illinois department of correction & At all Time Relevant to this Complain & Current still working an was working when complain Arose

Rev. 10/3/19

**Defendant #2:**

C.    Defendant ___Joleen Kuhnert___ is employed as

(Name of Second Defendant)

___Assistant AdA coordinator___

(Position/Title)

with ___IL DOC Menard___

(Employer's Name and Address)

___711 Kaskaskia Street, menard IL 62259___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain:

SHe is Assistant AdA coordinator at the Time Menard Correctional center an currently still is working for state & is Relevant at all time to this Complain

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant Frank Lawrence is employed as

(name of Third defendant)

WARden & AdA coordinator
Position Title

with IL DOC Menard

Employer's name and Address

711 Kaskaskia Street, Menard IL 62259

At The time The claim(s) alleged in This complaint arose, was Defendant #3 employed By The state, local, or federal government? ☒

If you answer is yes, Briefly explain

He is WARden an also is AdA coordinator at the time when complain arose an currently still working for state AN at menard correctional center an Relevant at all Time To This complain

Rev. 10/3/19

① DEFENDANT FRANK LAWRENCE IS A WARDEN in menard an also is The AdA coordinator and name herein as defendant in His Official Capacity

② Defendant Joleen Kuhnert is an assistant Ada Coordinator in Menard and name herein as defendant in here official capacity

③ Defendant LAToyA hughes name herein as defendant - Here in She is DiRector of ILLinois Department of correction, & name here in As Defendants IDOC & Her official capacity

④ Defendants Anthony willis is A warden #1 over all and name Here in as The warden of Menard & defendant here in his official capacity


Additional Defendants
    Defendant Anthony Willis is employed as

                    WARDEN #1
                    _____
                    Position / title

    with IL DOC Menard
    _____
        Employers name an address
    711 KasKasKia street Menard IL 62259
    At The Time of Claim alleged in This complaint arose was
    Defendant #4 Employed By State, Local or Federal government ☒ yes

If you answer is yes Briefly Explain

Anthony willis is WARden # 1 and at all time ? at the time when This complain arise was an still is head coarden CAO an Relevant to This Complain B/c work for State of illinois I DOC and when the grievance it goes to him for approval And Relevant To This

④

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  Kevin Dawson

Defendant(s):  Christine Brown
Wexford

2.    Court (if federal court, name of the district; if state court, name of the county):  Southern Illinois Court

3.    Docket number:  3:18-cv-2058-NJR

4.    Name of Judge to whom case was assigned:  Dont have paper work of Judge I Try to get it from Law Library never sent it to me

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  civil Rights

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

Settlement was Reach


7.   Approximate date of filing lawsuit: *Around 2018 october or so*

8.   Approximate date of disposition: *Around 2022 or so i Think*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *NO*

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?                    ☒ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?
   *File A grievance about matter Explain to matter face To face with asst ADA coordinator Grievance # K4 8244179 August 2024 speak to her August 30 2024*

   2.   What was the result?
   *went throw step Menard 2nd Level deny it an i appeal it to LAst step ARB springfield an deny it stated They Deal with the matter*

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☐ Yes   ☐ No

F.   If your answer is YES,
   1.   What steps did you take?

II

③

① PARTIES TO previous LAWSUITS

Plaintiff · Kevin DAWSON

Defendant Cook County & Doctor petal etc all

② Court if federal court name of the District if State court name of County
Federal Court Chicago IL downtown

③ Docket Number dont RemEmber. I TRY get The case # throught LAW Library in
menard of all LAWSUIT i file under my name. They dida't provide

④ name of Judge to whom case was assigned · dont Know it

⑤ Type of case Civil Suit Medical

⑥ Disposition of case was dismiss

⑦ Approximate date of filey LAWSUIT AROUND 2011 OR 2012

⑧ Approximate date of disposition AROUND 2013 or So

⑨ WAS The case dismissed as Beeny frivolous malicious or
for failure To state a Claim upon Which Relief May Be
granted and/or did The court tell you that you Recieved a
"STRIKE" NO

II

① PARTIES TO PREVIOUS LAWSUITS
  Plaintiff  Kevin Dawson Lacy Farris etc

  Defendants Cook county Thomas Dart

② court (if federal court name of The District if state court name
  of county) Federal court Chicago IL Northern District

③ Docket number: dont Remember I TRY get the case # from Law Library
  in Menard They never provide me with information

④ name of Judge to whom case was assigned: dont have his/her name

⑤ Type of case: Civil suit under ADA Suit

⑥ Disposition of case: was settlement Reach

⑦ Approximate date of filing lawsuit: Around 2014 or so

⑧ Approximate date of disposition: Around 2015 or so

⑨ was The case dismissed as Being frivolous malicious or for failure
  To state a claim upon which Relief may Be granted and/or did The court
  Tell you That you Recieved a "strike" NO


① PARTIES TO PREVIOUS LAWSUITS
  Plaintiff Kevin Dawson
  Defendant: City of Chicago Police Thomas dart

② COURT  NORTHERN District court Chicago IL federal court

③ Docket number dont Remember I TRY To get it through Law Library in Menard

(4) Name of Judge to whom case was assigned: I dont have Those information

(5) Type of Case: was Civil suit

(6) Disposition of case: was Partially settle with Chicago Police an fism against Thomas Dart

(7) Approximately date of filing Lawsuit: around 2012 or so

(8) Approximately date of Disposition around 2017 or so i dont Member dat

(9) Was case Dismissed as Bein frivolous malicious or for failure to state a claim upon which Relief may Be granted and/or did The court Tell you That you Recieved A "STRIKE" NO


(1) PARTies TO Previous Lawsuit.
   Plaintiff Kevin DAWSON
   Defendant Patel et al

(2) court was northern district court Court federal Chicago IL

(3) Docket number I dont Remember i Try to get it thnro law library Menard never sen it

(4) Name of Judge to whom case was assigned: I dont Member or Know

(5) Type of CASE: Civil suit Medical Lawsuit

(6) Disposition of CASE: was dismissed

(7) Approximately date of file in Lawsuit: around 2013 or so i Think

(8) Approximately date of disposition: I dont Remember

(9) Was The case dismissed as Being frivolous, malicious or for failure to state a claim upon which Relief may Be granted and/or did The court Tell you That you Recieved a "STRIKE" NO



## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I Kevin Dawson is A wheelchair Bound Person in wheelchair who suffer gunshot wound to spinal cord That Left Me wheelchair Bound wacste docon ON June 5th 2024 i was Brought to Menard Correctional center Maximum Security Prison from a ada Prison Lawrence Maximum Prison i was Put in (HCU) healthcare unit Room 323 with out no Bars in Room on wall or on Toilet I was Later notify ON August 21st 2024 i was The only wheelchair Bound Person in wheelchair By unknown %o Anst Heard from/ Ada coordinator Assistant Tellen some Ada People who walking Around (HCU) 8/21/2024 That Dawson is The only wheelchair Bount Person in Prison all other used wheelchair for Long Distant only.. So August 22th 2024 i was move in cell/Room 311 No Bars Toilet is not Ada.difficelt fallen over An over Shower is difficult to access. I file a grievance Bout Shower & Room date August 23 2024 & date August 28 or 29 on Bottom Assistant Ada Coordinator came talk to me 8/30/2024 face to face Bout grievance i file i Explain to Her Bout cell No Bars an Shower Chair is Broken She Started tell Me She understand & Stated She tryin to Be nice in a smart way Before walk away an %o ask her if She wanted to go See Showel? Which is direct infront my Room which she did go see shower an Left. She never Return i went Throw

grievance Procedure That Require ON January 10 2024 i file A next grievance b/c nothing Bein done not Replace Broken chaer an ON January 13th 2025 Shower Chair Break with me which i Hit head

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I have sent All my grievance Copy i have file & Administrative Remedy Response i recieve To Attorney Thomas G Morrissey B/c i was Trying To see if He was going or want to file This case for Me include in Final Response from Administrative Review Board in Springfield IL SO i dont have A Copy But ON APRIL 7th 2025 i wrote Thomas G morrissey & Pattrick morrissey LTD TO Send Me Back my Copies SO i attach it to This LAWsuid. This only Reason i dont attach Copies of My Grievances & all The Step i file an Procedure i went through My grievance # KY-824-4179 which i file in August 2024 an i went through The procedure all The way TO A.R.B an They Respond. I Also wrote grievance officer for a Copy ON April 27 2025 an attach a Money vouchier with it



STATEMENT of Claim continue

HARD IN SHower B/c menard Continue to Jeny Me proper EQUIPMent like Shower Chair which is Broken Failure to Replace it & 1 was Seen B/c nurse check Me out stated I have a goosebonip in my head & Check eyes with Light- for CONCussion & Provide Me multivin after stated nurse practitioner Stated to give Me multivin Complain i cant go unto shower with wheelChair. its too small to go in an cant Transfer ON Side way AN nothing Bein done about it when ask afa assistant coordinator for Providein Me with At lease a chair to go over toilet B/c its too Low She stated ON August 30th 2024 To Me That i cant have none & She was if you had one site cant Provide Me NONE. Tell Her i have Difficult to used SINK B/c it attach to Toilet and have to used Toilet Back woarts She Said She TRyin to Be nice to Me AN walk away to go see shower Tell her shower in middle not woorking nothing Be done Tell Her that i have To used the end Shower an Their are a Barrier To prevent Chair goes in nothing Be done AND This she aware of SINCE i aRRive on menard B/c she stated To Some Afa personnel from out side am the only WheelChair Bound in menard ON August 21st 2024 even complain To AfA people from spring field who stated They work for The State an aware of Me.

Count 1 STATEMENT of claim continue

IV

VIOLATIONS of The AMERICANS With DISABILITIES Act
( Against Defendant IDOC )

① Plaintiff DAWSON is A Qualified individual and has Been Disabled within The Meaning of The ADA at all Relevant times Alleged Here & AT ALL Time during His INcarceration at Menard Correctional center SINCE June 5th 2024

② The foregoing actions, policies and procedures of IDOC Through it employees medical and Health personnel correctional officers and Contractors have Violated and continue to Violate TITLE II of The ADA 42 U.S.C 12131 et seq in Light of DAWSON's Disability which INCludes His confinement To A wheelChair Due to Him Being PARALYZED This includes But is not Limited to the following Below.

Ⓐ Failing to Provide DAWSON with appropriate SAFE And Accessible Toileting Facilities AND Appurtenances IN Menard As Rest of ADA Prison in IDOC That Held wheelChair Bound INDividual

Ⓑ Failing TO Provide DAWSON with Appropriate SAFE and accessible showering Facilities and Appurtenances for wheelChair Bound individual Like Mister DAWSON The Plaintiff

Ⓒ Failing TO Provide DAWSON with Appropriate SAFE ACCESSIBLE CELL or Housing in Menard Healthcare unit or it Prison Being Him Be wheelChair Bound as other ADA Prison in IDOC

③ DEfendant IDOC HAS Failed TO Meet The REQuired physical Accessibility Need for wheelChair Bound Dawson in Menard Prison Health care unit. Failed to make any Reasonable Accommodations on Behalf of DAWSON. DAWSON HAS Being

Denied necessary Treatments Toileling showering and Basic Hygiene facilities Has not Been provided an appropriate Cell An Housing since in Menard That Wheel Chair Bound Person needed And Has otherwise Been subjected To Discrimination By Reason of and as a Result of His DISABILITY

(4) while incarcerated in Menard DAWSON HAS MAde Request for Reasonable Accommodation for His disability in form of Accommodations But not Limited to HIS enema Treatments and Requested wheelchair accessible Shower And Toilet facilities And cell and Housing in Menard But Has Been and continue To Be denied Access to such accomodations

(5) IN fACT DAWSON Being in Menard since June 5th 2024 And Official ARe an was an Still AWARE DAWSON was Wheel Chair Bout Assistant AdA coordinator was aware an Still aware DAWSON IS Wheel Chair Bound in Menard That doesnt House Wheel Chair Bound Person as Rest of AdA Prison IN IDOC an didnt to nothing. Knowing DAWSON in cell IN Menard with out Accessibilities. Knowingly There are NO AdA Cells where DAWSON House And not SAfe

(6) IN fACT When DAWSON has complain of HIS LACK of Access TO These ITems He filed A grievances Related To cell And Showers for His Accommodation for his Disabilies on Tell Assistant AdA coordinator Joleen Kuhnert in FACE To FACE conversation an Site Denied His Request and even a Blind

IV eye To his Request an His Complain & needs about His Cell HAVE no Bars Toilet & Tired Bein fall & Showern since August 30th 2024. His Grievance # K4-824-4179 Has Bein Deny By MENARd & A R B DAted 8/21/2024

The I Doc and its employees. Personnel Staffs Contractors Have not only failed or Refused to Provide The accommodators They have Retaliated against him in a Punitive fashion And Further deprived him Resources and accommodation

(7) Dawson has incurred injuries and serious health problems Due To The I Doc's failure to accommodate His disability including But not LIMITED to falls difficulty with his Bowels and Bodily functions and Severe Pain and suffering

(8) The ILLinios Department of Correction & Menard misconduct in This Regard WAs objectively unreasonable and undertaken intentionally with MAlice willfullness And Reckless deliberately indifference To Dawson Rights & STILL Doing so

WHEREFORE Kevin Dawson This Plainiff Respectfully Req -uesting That This Court enter Judgment in His FAvor and AGainst ILLinois Department of Correction as follow

(A) Find Conduct of (I DOC) violated The Americans with Disabilities —ties Act And Accord Dawson Such Damages as are Available in And AMount TO Compensate DAwson

pg 6

6

B) ENTER A PRELIMINARY and PERMANENT INJUNCTION ORDERING The ILLinois Department of correction To immediately Begin Providing Americans with Disabilites Act Compliant Facilities And Accommodations To DAWSON.

C) AWARD DAWSON Punitive Damages against IDOC in and Amount sufficient to Punish The ILLinois Department of correction for it malicious And Reckless Conduct in Regard of DAWSON's Rights and serve as an example and warning To The ILLinois Department of correction and others prisons not To Engage in Similar Conduct in The future

D) AWARE DAWSON his Costs Expended in Peo secutions of This Suits And

E) AWARE DAWSON Such other and further Relief as the Court Deems Just and Fair Proper

## Count 2

VIOLATION of Rehabilitation Acts of 1973 Against defendant IDOC

9) Plantiff DAWSON incorporate The allegation Contain in Proceding Paragraphs as Though Puly set forth Herein

10) Defendant IDOC Recieve federal Pinancial assistance

11) An at all Times Relevant To This complaint DAWSON HAS Been disabled with in The Meaning of The R.A. 29 U.S.C 794

(12) The foregoin action Policies and Procedures of The ILLINOIS DEPARTment of Correction Through its Employees staff health Personnel correctional officers Contractor have Violated and Continue to Violate Section 504 of The RA in Menard in Light of DAWSON disability. Which includes his confinement To A wheelChair. More specifically That include But not Limited TO the followin

(A) failure to Provide DAWSON with appropriate SAFE accessible SHowering facilities and appurtenances and

(B) failing to Provide DAWSON with appropriate SAFE or accessible Cell or Housing

(C) failure TO Provide a safe appropriate Place to do his Medical enema

(D) Defendant Idoc has failed to Meet The Required Physical Accessibilities Needs and failed to make any Reasonable accommodation on Behalf of DAWSON when he first complain AND denied Necessary Toiletry Showerin Basic hygiene facilities has not Been Provide an appropriate cell Housing and otherwise subject TO discrimination By Reason of and as a Result of His disability

(13) DAWSON has fall injury his heat ON January 13 2025 B/c Defendant fail to Act an Provide Dawson with Showerin Stuff Not Limited To Chair That Broken welts btwn who he complain about Since August 2024

(14) DAWSON Falls continue to Fall due to Lack of accessibilities and B/c He Been deny Accommodation $ Can Result in Real Bodilies harm includiory But not Limited to Falls an severe PAin an suffering

(15) The IDoc misconduct in this Regard was objectively unReasonable and undertaken intentionally with malicious willingness and Reckless deliberately Indifference To DAWSON Rights

Wherefore Plaintiff DAWSON Respectfully ReQuest This court enter Judgment in His Favor against Defendants Illinois Department of correction as follows

(A) Find The conduct of Idoc violated The Rehabilitation Act of 1973 And AWARD DAWSON Such damages as are available in an amount

(B) Enter A pReliminary and permanent inJunction ordering The IDoc To immediately Begin providing Rehabilitation act compliant facilities And accommodation To DAWSON

(C) Award DAWSON punitive damage against The ILLINOIS Department of correction in an amount sufficient To punish Them for Their MALICIOUS an Reckless conduct in disregard of DAWSON Rights. An serve as an Example and warning To The IDoc and other NOT To engage in similar conduct in The future

(D) Pursuant To Section 504 of The RA. 29 U.S.C 794(a) and such other authority as may Be applicable award DAWSON His Reasonable Attorney fee AND Expense

(E) AWARD DAWSON his Costs expended in Prosecution of this Suit and

(F) AWARD DAWSON such other and further Relief as The Courts Deems Just Fair and Proper

## Jury Demand

Plaintiff Kevin DAWSON demands a TRial By Jury on all Counts So Triable

APRIL 25-2025

Respectfully submitted

Kevin DAWSON

(Dawson)

PO BOX 1000

Menard IL 62259

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Request A Injuction against Menard prison for Holding Me in They prison which is not ada prison for wheelchair bound Plus ~~Hold them~~ asking for Monetary compensation in Punitive Damage in some of $125000 is compensative damage $125000 each or whatever court feel deem FAIR

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on:    April 25 - 2025

_____
(date)

_____
Signature of Plaintiff

Po Box 1000
_____
Street Address

Kevin Dawson
_____
Printed Name

menard IL 62259
_____
City, State, Zip

M53531
_____
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Kevin DAWSON
_____        )
Plaintiff,                     )
                               )
                               )
VS.                            )          Case No.: _____
                               )
LAToyA hughes etc all          )
_____        )
Defendant                      )

## NOTICE OF FILING

TO:  LAToyA hughes          TO:  FrankE LAwrenco
     1301 Concordia               711 KasKaskia Street
     Court Po Box 19277           Menard IL 62259
     Springfield IL 62794-9277

TO:  Joleen Kiehnert        TO:  Anthony wills
     711 KasKaskia Street        711 KasKaskia Street
     Menard IL 62259             Menard IL 62259

PLEASE TAKE NOTICE that on April 25, 20 25, I have provided service to the
person(s) listed above by the following means:

☒ Electronically filed through Menard Correctional Law Library

☐ Institutional mail at _____ Correctional Center, properly
   addressed to the parties listed above for mailing through the United States
   Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in
the above action, that I have read the above documents, and that the information contained therein is
true and correct to the best of my knowledge.

Date: April 25. 2025

/s/_____
NAME: Kevin DAWSON
IDOC#: M53531
Menard _____ Correctional Center
P.O. Box 1000
Menard, IL 62259

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

| | | |
|---|---|---|
| **Date Received:** 09/05/2024 | **Date of Review:** 09/05/2024 | **Grievance #:** K4-0824-4179 |
| **Individual in Custody Name:** Dawson, Kevin | | **ID#:** M53531 |

**Nature of Grievance:**

ADA Accommadations

**Facts Reviewed:**

Individual in Custody filed a 08/23/2024, marked an emergency. On 08/30/2024, Chief Administrative Officer determined this to not be an emergency. He is grieving that he is paraplegic, in a wheelchair and he does not have bars in his cell to help assist him in using the toilet. He is requesting something to help him get on and off the toilet.

Relief Requested: "For someone ADA Coordinator really tell what they plan with me b/c 1 C/O tell me there are aware of me been paralyze and if they could put me in one room with like bars to toilet an sink where, could actually go wash face on hand good b/c I have to go side way on the sink in 3-11 in got to hold button for water to run either cold or hot. Like to be move to at least one room with bars in there while, wait for surgery or provide me with a wheelchair that could go over toilet on stuff like that on my cell b/c am not asking a lot accommodation little accomodation."

This grievance was marked ADA Disability Accommodation by the Individual in Custody, and it was forwarded to the ADA Coordinator for review on 08/30/2024.

continued on back page....

**Recommendation:**

It is the recommendation of this Grievance Officer that this Individual in Custody grievance be DENIED. ADA Coordinator addressed issues.

| | |
|---|---|
| Heather Young/Correctional Counselor I | **Heather Young** Digitally signed by Heather Young Date: 2024.09.05 14:17:39 -05'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 09/05/2024    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

CC:ADA Coordinator

| | | |
|---|---|---|
| **Kevin Reichert** | Digitally signed by Kevin Reichert Date: 2024.09.16 07:43:53 -05'00' | |
| Chief Administrative Officer's Signature | | Date |

| Individual in Custody's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

On 08/30/2024 the Assistant ADA Coordinator spoke with Dawson M53531 in response to grievance. Dawson M53531 self-reports he doesn't know what is going on with him and thought he would be going back to Lawrence CC. Dawson M53531 is housed in the HCU 3rd floor infirmary on a security hold under Restrictive Housing status. Dawson M53531 reported struggling with the shower and transferring to the shower chair and the toilet in his cell. Per security staff and ADA attendant, Dawson M53531 has not requested assistance of any kind since arriving at MENCC. Dawson M53531 was advised an ADA attendant is available for any ADA needs he has, including transferring. The current ADA shower in the HCU infirmary is not in working order due to a leak. Maintenance has been notified via email of the need for repair. Dawson M53531 will continue to receive ADA assistance as needed and requested. Dawson M53531 stated he did not have any other ADA concerns at this time. Dawson M53531 was educated on how to contact the ADA Coordinator if future concerns or needs arise.

For any future ADA concerns, please write to the ADA Coordinator or Assistant ADA Coordinator directly, prior to submitting a grievance. It is not necessary to author a grievance for ADA requests. If there is a denial of an accommodation a grievance is then warranted.

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: HCU    Bed #: 3-11

| Date: Aug 21-2024 | Individual (please print): Kevin Dawson | ID #: M53531 | Race (optional): BLK |
|---|---|---|---|

Current Facility: Menard

Facility where grievance issue occurred: Menard

**Nature of Grievance:**

- ☐ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Date of Report    Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, nvoluntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I Kevin Dawson M53531 is A Paraplegic from Crunshot to spinal cord I Am Writting this Grievance B/c on 8/21/2024 I saw Ada People Came in front of cell where i was House 3-23 Hcu an over Heard someone Lady stated. Am the only wheelchair Bount inmate in menard other than The Rest wheelchair people who use wheelchair for Long distant am finally Realize am not even in a cell with Bars and then on Aug 23-2024 i move to 3-11 with out Bars too And I Tired of Like The Real Struggle an difficult to used toilet with out Bar of A chair over it Real difficult to Get off toilet without fall I Tired of

☒ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

☒ Continued on Reverse

Relief Requested: For someone Ada coordinator Really tell me what they plan with me B/c i to tell me there are aware of My Brain Paralyse and if they could Put me in one Room with dule Bars to toilet an sink where i could actually go wash face an Hand Good B/c i have to go side way on the sink in 3-11 i cont Hold button for water to Run either cold or hot Like to By move to at-least one Room with Bars in there inhiler i used to struggle or provide me with a wheelchair that could Go over toilet an shift like that in my cell B/c am not askíng a lot accommodation Little accommodation

| Individual in Custody Signature: Dawson | ID #: M53531 | Date: Aug/28/2024 |
|---|---|---|

Counselor Response (if applicable):    Date Received: _____

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

_____

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: AUG 3 0 2024

Is this determined to be of an emergency nature:

☐ Yes; expedite emergency grievance.

☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

Chief Administrative Officer Signature: _____    Date: 9-3-24

Assigned Grievance #/Institution: K4-0824-4179

First Level Received: _____

Second Level Received: MEN SEP 0 5 2024

Please check if using if utilizing follow up DOC 0743p

12B ADA Physical Accessibility
12C ADA-Physical Accommodations
Toilet/Shower Grab-Bars

Have to Climbed toilet Backwards like sit on toilet opposite way just in order to used it an able to get Back in my wheel chair 3x a week I Realize am waiten for Surgery an in seg. But nobody come an Talk to me Bout my issue Here in Menard Regardless am very independent of doin things for myself its Much eazier with the Bars and the wheelchair able to go in shower for eazy Transfer to shower Bench with Shower chair I was just waiten to see if i Go surgery But Look like Nobody No nothin Bout my Schedule or nothing I fell on numerous Time Tryen to Transfer to Shower Chair out in Wheelchair out step actual Shower an shower chair in shower its Real difficult if you are Paralys e to do that or seems like No Body know nothin Bout me r Call 3-11 am in u Got to itold Hot or Cold water Button for water to Run so difficult to Rilan wash Hand Good

I wrote ada coordinater But dont Hear Nothing i used enema so sometime i Have to Push to toilet an i/e Really difficult nothing to Grab on to Get on there The Normal way an worse my muscle spasm Getty Bad But an difficult when have spasm on Toilet Nothing to hold on to But wheelchair Dont want or like complain Bt dont want No Retaliation of No Kind B/c i Already Feel Beat up B/c Duficknesville S/o an lie ON me But Hit Officer and stalch to me TAt get well & Now me so i try Keep far from asking for anything

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold _____ Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* - To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Dawson, Kevin
_____
Name

M53531
_____
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?    (Yes) or ~~No~~

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

        If yes, please list case number:    _____

        If yes, but you do not know the case number mark here:   _____

3.  Should this document be filed in a pending case?    Yes or (No)

        If yes, please list case number:    _____

        If yes, but you do not know the case number mark here:   _____

4.  Please list the total number of pages being transmitted:    34

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

    Name of Document                                    Number of Pages

    Civil Rights Complaint                              34
    _____                        _____
    _____                        _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.